## In re DEEPWATER HORIZON.

### Lake Eugenie Land & Development, Incorporated; et al, Plaintiffs

v.

### BP Exploration & Production, Incorporated; BP America Production Company; BP, P.L.C., Defendants–Appellees

v.

### Sealed Appellant 1; Sealed Appellant 2; Sealed Appellant 3; Sealed Appellant 4; Sealed Appellant 5; Sealed Appellant 6; Sealed Appellant 7; Sealed Appellant 8; Sealed Appellant 9, Claimants–Appellants.

### No. 14–31107.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2014.

Thomas George Hungar, Miguel Angel Estrada, Scott Payne Martin, Theodore B. Olson, Gibson, Dunn & Crutcher, L.L.P., Washington, DC, George Howard Brown,

Esq., Gibson, Dunn & Crutcher, L.L.P., Palo Alto, CA, Don Keller Haycraft, Liskow & Lewis, P.L.C., New Orleans, LA, for Defendants–Appellees.

Elias John Saad, Matthew Ian David Andrews, E.J. Saad Law Firm, Mobile, AL, Frederick T. Kuykendall, III, Kuykendall & Associates, Birmingham, AL, for Claimant–Appellants.

Before JONES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the appellees' motion for summary affirmance is GRANTED.

The district court's judgment is AFFIRMED. *See* 5TH CIR. R. 47.6.

Judge Dennis would have allowed the matter to proceed through the ordinary course, including full briefing.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.